**1018**

Harvey H. MOTTER, Collector, etc., Appellant, v. W. T. KEMPER, Receiver, etc., Appellee.

Circuit Court of Appeals, Eighth Circuit. October 11, 1928.

No. 8201.

For opinion below, see 25 F.(2d) 1010.

Al F. Williams, U. S. Atty., Alton H. Skinner and L. E. Wyman, Asst. U. S. Atty., all of Topeka, Kan., and Charles T. Hendler, Sp. Attorney, Bureau of Internal Revenue, of Washington, D. C., for appellant.

E. A. Boyd, of Wichita, Kan., for appellees.

PER CURIAM. Reversed, with costs, and remanded, with instructions to enter judgment in favor of appellant, per stipulation of parties.

MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION OF OMAHA, NEBRASKA, Appellant, v. Mrs. A. V. YOUNG, Appellee.

Circuit Court of Appeals, Eighth Circuit. April 12, 1929.

No. 8531.

W. P. Strait, of Morrilton, Ark., for appellant.

Edward Gordon, of Morrilton, Ark., for appellee.

PER CURIAM. Appeal dismissed, with costs, per stipulation of parties.

NATIONAL FARMERS' BANK OF OWATONNA et al., Appellants, v. E. C. MOULTON, Appellee.

Circuit Court of Appeals, Eighth Circuit. January 10, 1929.

No. 8324.

For opinion below, see 27 F.(2d) 403.

John F. Meighen, Bennett O. Knudson, and William P. Sturtz, all of Albert Lea, Minn., and F. W. Sawyer, A. L. Gausewitz, and Sam Lord, Jr., all of Owatonna, Minn., for appellants.

Joseph N. Moonan, Ray G. Moonan, Henry M. Gallagher, George P. Madden, and Frank T. Gallagher, all of Waseca, Minn., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee.

Simon F. PHILLIPS, Appellant, v. UNITED STATES, Appellee.

Circuit Court of Appeals, Eighth Circuit. December 20, 1928.

No. 8462.

John C. Dyott, of St. Louis, Mo., for appellant.

Arthur A. Hapke, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM. Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee, under rule 16.

PIERCE PETROLEUM CORPORATION, Appellant, v. E. V. CROXTON et al., Appellees.

Circuit Court of Appeals, Eighth Circuit. March 7, 1929.

No. 8494.

R. A. Kleinschmidt, of Tulsa, Okl., and Henry G. Snyder, of Oklahoma City, Okl., for appellant.

Claude Nowlin, J. R. Spielman, and M. M. Thomas, all of Oklahoma City, Okl., for appellees.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties.